Same case below, 329 S.W.3d 369.

No. 11-5028. Michael W. Belcher, Petitioner v. David Sexton, Warden.

565 U.S. 886, 132 S. Ct. 260, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5675.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5029. Seth Daniel Buffington, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 886, 132 S. Ct. 260, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5814,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5030. Jason Lee Bowers, Petitioner v. United States.

565 U.S. 886, 132 S. Ct. 260, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5441.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 638 F.3d 616.

No. 11-5031. Tomas T. Andres, Petitioner v. Kenneth McKee, Warden.

565 U.S. 886, 132 S. Ct. 260, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5292.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5032. Joseph Pope, Petitioner v. Mark Bernard, et al.

565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5323,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-5033. Paul Peter Tjandra, Petitioner v. Eric H. Holder, Jr., Attorney General.

565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5520.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5034. DeAnna Blair Nickols, aka DeAnna Nickols Territo, Petitioner v. Gary Morris, Deputy Sheriff, et al.

565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5343.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 534.

No. 11-5035. Robert L. Poole, Jr., Petitioner v. United States.

565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5294,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.